B1 (Official Form 1) (4/10)     Bar No#: 20391000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

**Voluntary Petition**

| Field | Debtor | Joint Debtor |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle) / Name of Joint Debtor (Spouse) (Last, First, Middle): | **Dhilon, Inc.** | |
| All Other Names used by the Debtor / Joint Debtor in the last 8 years (include married, maiden, and trade names): | **dba Holiday Inn Sweetwater** | |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): | **68-0498841** | |
| Street Address of Debtor / Joint Debtor (No. and Street, City, and State): | **3400 Parkwood Blvd.** **Frisco, TX** | |
| ZIP CODE | **75034** | |
| County of Residence or of the Principal Place of Business: | **Collin** | |
| Mailing Address of Debtor / Joint Debtor (if different from street address): | | |
| ZIP CODE | | |

Location of Principal Assets of Business Debtor (if different from street address above):
**300 SE Georgia Ave.**
**Sweetwater, TX**   ZIP CODE **79556**

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.16.1, ID 3308829399)*

**B1 (Official Form 1) (4/10)**                                                                                                                                   **Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Dhilon, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                                              Date |
|---|---|

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.16.1, ID 3308829399)*

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Dhilon, Inc.**

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X **/s/ Arthur Ungerman**
   **Arthur Ungerman**     Bar No. **20391000**

Arthur I. Ungerman
8140 Walnut Hill Lane
Suite 301
Dallas, TX 75231

Phone No. **(972) 239-9055**    Fax No. **(972) 239-9886**

10/28/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Dhilon, Inc.**

X **/s/ Jagmohan Dhillon**
Signature of Authorized Individual

**Jagmohan Dhillon**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**10/28/2011**
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:    **Dhilon, Inc.**                                                            CASE NO

                                                                                                    CHAPTER    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept: | **$21,200.00** |
   | Prior to the filing of this statement I have received: | **$21,200.00** |
   | Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Includes $1039.00 filing fee**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **10/28/2011** | **/s/ Arthur Ungerman** | |
|---|---|---|
| *Date* | *Arthur Ungerman* | Bar No. 20391000 |
| | Arthur I. Ungerman | |
| | 8140 Walnut Hill Lane | |
| | Suite 301 | |
| | Dallas, TX 75231 | |
| | Phone: (972) 239-9055 / Fax: (972) 239-9886 | |

---

  **/s/ Jagmohan Dhillon**

*Jagmohan Dhillon*
*Member*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:  **Dhilon, Inc.**                                                            CASE NO

                                                                                           CHAPTER  **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/28/2011                                             Signature  /s/ Jagmohan Dhillon
                                                                              *Jagmohan Dhillon*
                                                                              *Member*

Date  _____                    Signature  _____

A S Hospitality
3493 Lamar Ave.
Memphis, TN 63150-4232


Affordable Power
PO Box 660038
Dallas, TX 75266-0038


ALL Purpose Business Communications Inc.
1320 State Route 9, #3340
Champlain, NY 12919-5007


American Express Finance Center
Attn: HARC 24-01-09
PO Box 53888
Phoenix, AZ 85072-3888


Astor Chocolate Corp.
651 New Hampshire Ave
Lakewood, NJ 08701


Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548


BCD Travel
10150 North Ambassador Dr.
2nd Floor
Kansas City, MO 64153


Ciena Capital Funding, LLC
212 South Tryon St.
Suite 1560
Charlotte, NC 28281


City of Sweetwater
PO Box 450
Sweetwater, TX 79556

```
Classic Chemicals
PO Box 175
Reistertown, MD 21136



Colson Services Corp.
1250 S. Capital of Texas Hwy.
Building 1, Suite 600
Austin, TX 78746



Commercial Appliance Services
1175 Glenna
San Angelo, TX 76901



Commission Tracking Service
12385 Crabapple Rd.
Suite 202
Alpharetta, GA 30004



Commtrak
17493 Nassau Commons
Lewes, DE 19958



Comptroller of Public Accounts
PO Box 149356
Austin, TX 78711-9356



Comptroller of Public Accts
Rev Acctg Div Bankruptcy Dept
PO Box 13528
Austin, TX 78711



Continental Automatic Doors
PO Box 12238
Lubbock, TX 79452



Corporate Travel Coordinators of America
511 Sixth Ave.
Suite 505
New York, NY 10011
```

Day Sign Company, Inc.
PO Box 3416
Abilene, TX 79604


Ecolab
4836 Brecksville Rd.
PO Box 523
Richfield, OH 44286


Flournoy Plumbing
777 Chestnut St.
PO Box 3218
Abilene, TX 79604


Gannaway's Lawn Care Plus
c/o Dickson & Maxwell, PLLC
115 East Third St.
Sweetwater, TX 79556


HD Facilities Maintenance
PO Box 509058
San Diego, CA 92150-0958


Hometown Productions
PO Box 535214
Grand Prairie, TX 75053


Intercontinental Hotels Group
PO Box 101074
Atlanta, GA 30392-1074


Internal Revenue Service
United States Treasury
PO Box 105083
Atlanta, GA 30348-5083


Internal Revenue Service
MC 5030 DAL, Bankruptcy
1100 Commerce Street
Dallas, TX 75242

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346




Japanese Travel Agents Directory
244 Madison Ave.
Suite 308
New York, NY 10016



Jerrys Carpet Services
7413 Brookhaven Dr.
Rowlett, TX 75089




L&L Asphalt
229 N. Leggett
Abilene, TX 79603




Lion Distributing Inc.
PO Box 565
Reisterstown, MD 21136-0565




Look Outdoor Advertising
PO Box 1155
Borger, TX 79008




New Digital Dolphin Supplies
811 N. Catalina Ave.
Suite 1104
Redondo Beach, CA 90277



Onity
Lockbox 223067
Pittsburgh, PA 15251-2067




Personnel Concepts
PO Box 5750
Carol Stream, IL 60197-5750
```

```
Property Tax Lending
17950 Preston Rd.
Suite 650
Dallas, TX 75252


Richard E. Baxter & Associates, LLC
1314 W. McDermott Dr.
Suite 106 MB805
Allen, TX 75013


Rollcall Business Conferencing Solutions
5000 Sawgrass Village Circle
Suite 30
Ponte Vedra Beach, FL 32082


S.A. Consulting
10881 Washington Blvd.
Culver City, CA 90232


Safe Step, Inc.
12400 Princeton Ave. S
Savage, MN 55378-1366


Sam Smith Electric
PO Box 518
Sweetwater, TX 79556


Scent Air
14301-G South Lakes Dr.
Charlotte, NC 28273


Sports Promotion Network
PO Box 200548
Arlington, TX 76006


StarTex Power
c/o Drinnon & Wright
4544 Post Oak Place Fr.
Suite 350
Houston, TX 77027
```

Sukhwinder Klar
3446 E. Mountain View
Selma, CA 93662


Sweetwater Reporter
10115 Kincey Ave.
Suite 100
Hunterville, NC 28078


Terminix
209 S. Danville
Suite C100
Abilene, TX 79605


Texas Workforce Commission
PO Box 149037
Austin, TX 78714-9037


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


U. S. Attorney
700 Nations Bank Tower
110 N. College Ave.
Tyler, TX 75702


U. S. Trustee
110 N. College Street
Suite 300
Tyler, TX 75702


Universal Adcom
PO Box 535214
Grand Prairie, TX 75053


VFM Leonardo, Inc.
PO Box 31116
Detroit, MI 48231-1116