

HOLIDAY INN EXPRESS SWEETWATER

**Aging Summary of All Accounts**

10-21-11
13:55

Age Credits : N

| Account Name | Account No. | Credit Limit / LOC | Up to 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 and Over | Total |
|---|---|---|---|---|---|---|---|---|---|
| **A/R Ledger** | | | | | | | | | |
| Brookshire BGC | BROOK | | 282.90 | 4,937.50 | 293.25 | 0.00 | 0.00 | 0.00 | 5,513.65 |
| Buzzi Unicem USA | BUZZI | 2,500.00 | 910.80 | 501.40 | 0.00 | 0.00 | 455.40 | 293.25 | 2,160.85 |
| CLC CORPORATE LODGING CONSULTANTS | CLCOR | | 3,167.83 | 4,982.07 | 108.64 | 9.06 | 6,412.25 | 10,928.38 | 25,608.23 |
| Encompass Home Health | ENCONCOMPASS | | 0.00 | 204.70 | 0.00 | 0.00 | 0.00 | 0.00 | 204.70 |
| Garrad Hassan America, Inc | DBGHA | | - 218.50 | 0.00 | 0.00 | 0.00 | 0.00 | 218.50 | 0.00 |
| Georgia Pacific Corporate | GPC | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,181.05 | 1,181.05 |
| Georgia Pacific Corporation | GEO | 10,000.00 | - 231.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - 231.15 |
| GRANITE SERVICE INTERNATIONAL | DBGSI | | - 1,092.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - 1,092.50 |
| Hernandez,Miguel | AIR | | - 2,875.64 | 0.00 | 0.00 | 0.00 | 0.00 | 2,875.64 | 0.00 |
| Ingram Concrete | INGRAM1 | 5,000.00 | 0.00 | 676.20 | 0.00 | 0.00 | 0.00 | 0.00 | 676.20 |
| Midwestern Mud Service | MMS330 | | 279.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 279.45 |
| priority club | PCREW | | 1,293.75 | 1,006.25 | 1,006.25 | 848.18 | 977.50 | 13,186.53 | 18,318.46 |
| Redbud Explorations &Productiond | REDBUD | 5,000.00 | 7,383.00 | 5,124.20 | 6,136.95 | 2,025.15 | 0.00 | 0.00 | 20,669.30 |
| Siemens Wind Power Generation, INC | DBSPG | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 335.13 | 335.13 |
| URS | DBURS | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 583.05 | 583.05 |
| Wainsco Constuction | DBWAC | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,085.81 | 2,085.81 |
| Wind Energy Services Company | WESC | 5,000.00 | - 40.37 | 0.00 | 0.00 | 0.00 | 0.00 | - 18.28 | - 58.65 |
| **Total A/R Ledger** | | 15.00 | 8,859.57 | 17,432.32 | 7,545.09 | 2,882.39 | 7,845.15 | 31,669.06 | 76,233.58 |
| | | | 11.62% | 22.87% | 9.90% | 3.78% | 10.29% | 41.54% | 100.00% |
| **Accruals** | | | | | | | | | |
| **Total Accruals** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |

Filter  Account Type All
Sort Order Account Name
For Date 10-21-11

aragingsum

Sched. B#16



HOLIDAY INN EXPRESS SWEETWATER

10-21-11
13:55

### Aging Summary of All Accounts

Age Credits: N

| Account Name | Account No. | Credit Limit / LOC | Up to 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 and Over | Total |
|---|---|---|---|---|---|---|---|---|---|
| Grand Total | | 15.00 | 8,859.57 | 17,432.32 | 7,545.09 | 2,882.39 | 7,845.15 | 31,669.06 | 76,233.58 |
| | | | 11.62% | 22.87% | 9.90% | 3.78% | 10.29% | 41.54% | 100.00% |