| | |
|---|---|
| **CASE NAME:** Dhilon Inc | Monthly Operating Report |
| **CASE NUMBER:** 11-43267 | ACCRUAL BASIS |
| **JUDGE:** | 02/13/95, RWD, 2/96 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

6th DIVISION

MONTHLY OPERATING REPORT

MONTH ENDING December 2011

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_[signature]_       _Member_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY     TITLE

_____     _____
PRINTED NAME OF RESPONSIBLE PARTY     DATE

**PREPARER:**

_____     Accountant
ORIGINAL SIGNATURE OF PREPARER     TITLE

Samir Patel     _____
PRINTED NAME OF PREPARER     DATE

Monthly Operating Report

**CASE NAME:** Dhilon Inc

**CASE NUMBER:** 11-43267

ACCRUAL BASIS-1

02/13/95, RWD, 2/96

### COMPARATIVE BALANCE SHEET

| ASSETS | | SCHEDULE AMOUNT | MONTH Nov-11 | MONTH Dec-11 | MONTH Jan-12 |
|---|---|---|---|---|---|
| 1. | UNRESTRICTED CASH | $32,000 | $117,564 | $136,994 | |
| 2. | RESTRICTED CASH | | | | |
| 3. | TOTAL CASH | $32,000 | $117,564 | $136,994 | $0 |
| 4. | ACCOUNTS RECEIVABLE (NET) | $76,234 | $65,000 | $43,723 | |
| 5. | INVENTORY | | $0 | | |
| 6. | NOTES RECEIVABLE | | | | |
| 7. | PREPAID EXPENSES | | | | |
| 8. | OTHER (ATTACH LIST) | | | | |
| 9. | TOTAL CURRENT ASSETS | $108,234 | $182,564 | $180,717 | $0 |
| 10. | PROPERTY, PLANT & EQUIPMENT | $2,500,000 | $2,500,000 | $2,524,125 | |
| 11. | LESS: ACCUMULATED DEPRECIATION / DEPLETION | | $0 | $0 | |
| 12. | NET PROPERTY, PLANT & EQUIPMENT | $2,500,000 | $2,500,000 | $2,524,125 | $0 |
| 13. | DUE FROM INSIDERS | | | | |
| 14. | OTHER ASSETS - NET OF AMORTIZATION (ATTACH LIST) | | $0 | | |
| 15. | OTHER (ATTACH LIST) | $466,000 | $466,000 | $466,000 | |
| 16. | TOTAL ASSETS | $3,074,234 | $3,148,564 | $3,170,843 | $0 |
| **POSTPETITION LIABILITIES** | | | | | |
| 17. | ACCOUNTS PAYABLE | | $32,703 | $29,754 | |
| 18. | TAXES PAYABLE | | $17,111 | $16,512 | |
| 19. | NOTES PAYABLE | | | | |
| 20. | PROFESSIONAL FEES | | | | |
| 21. | SECURED DEBT | | | | |
| 22. | OTHER (ATTACH LIST) | | | | |
| 23. | TOTAL POSTPETITION LIABILITIES | | $49,814 | $46,266 | $0 |
| **PREPETITION LIABILITIES** | | | | | |
| 24. | SECURED DEBT | $5,859,138 | $5,859,138 | $5,859,138 | |
| 25. | PRIORITY DEBT | | $0 | | |
| 26. | UNSECURED DEBT | $184,509 | $184,509 | $184,509 | |
| 27. | OTHER (ATTACH LIST) | | $0 | | |
| 28. | TOTAL PREPETITION LIABILITIES | $6,043,647 | $6,043,647 | $6,043,647 | $0 |
| 29. | TOTAL LIABILITIES | $6,043,647 | $6,093,461 | $6,089,913 | $0 |
| **EQUITY** | | | | | |
| 30. | PREPETITION OWNERS' EQUITY | | ($2,996,222) | ($2,996,222) | |
| 31. | POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | $51,325 | $77,151 | |
| 32. | DIRECT CHARGES TO EQUITY (ATTACH EXPLANATION) | | | | |
| 33. | TOTAL EQUITY | $0 | ($2,944,897) | ($2,919,071) | $0 |
| 34. | TOTAL LIABILITIES & OWNERS' EQUITY | $6,043,647 | $3,148,564 | $3,170,842 | $0 |

**Monthly Operating Report**

**ACCRUAL BASIS-2**

02/13/95, RWD, 2/96

CASE NAME: Dhilon Inc

CASE NUMBER: 11-43267

### INCOME STATEMENT

| REVENUES | Nov-11 | Dec-11 | Jan-12 | QUARTER TOTAL |
|---|---|---|---|---|
| 1. GROSS REVENUES | $161,146 | $145,316 | | $306,462 |
| 2. LESS: RETURNS & DISCOUNTS | $0 | $0 | $0 | |
| 3. NET REVENUE | $161,146 | $145,316 | $0 | $306,462 |
| **COST OF GOODS SOLD** | | | | |
| 4. MATERIAL | | | | $0 |
| 5. DIRECT LABOR | | | | $0 |
| 6. DIRECT OVERHEAD | | | | $0 |
| 7. TOTAL COST OF GOODS SOLD | $0 | $0 | $0 | $0 |
| 8. GROSS PROFIT | $161,146 | $145,316 | $0 | $306,462 |
| **OPERATING EXPENSES** | | | | |
| 9. OFFICER / INSIDER COMPENSATION | | | | $0 |
| 10. SELLING & MARKETING | | | | $0 |
| 11. GENERAL & ADMINISTRATIVE | | | | $0 |
| 12. RENT & LEASE | | | | $0 |
| 13. OTHER (ATTACH LIST) | $109,821 | $102,137 | | $211,959 |
| 14. TOTAL OPERATING EXPENSES | $109,821 | $102,137 | $0 | $211,959 |
| 15. INCOME BEFORE NON-OPERATING INCOME & EXPENSE | $51,325 | $43,178 | $0 | $94,503 |
| **OTHER INCOME & EXPENSES** | | | | |
| 16. NON-OPERATING INCOME (ATT. LIST) | | | | |
| 17. NON-OPERATING EXPENSE (ATT. LIST) | | | | |
| 18. INTEREST EXPENSE | | | | $0 |
| 19. DEPRECIATION / DEPLETION | | | | $0 |
| 20. AMORTIZATION | | | | |
| 21. OTHER (ATTACH LIST) | | | | $0 |
| 22. NET OTHER INCOME & EXPENSES | $0 | $0 | $0 | $0 |
| **REORGANIZATION EXPENSES** | | | | |
| 23. PROFESSIONAL FEES | | | | $0 |
| 24. U.S. TRUSTEE FEES | | | | $0 |
| 25. OTHER (ATTACH LIST) | | $17,352 | | |
| 26. TOTAL REORGANIZATION EXPENSES | $0 | $17,352 | $0 | $0 |
| 27. INCOME TAX | | | | |
| 28. NET PROFIT (LOSS) | $51,325 | $25,826 | $0 | $94,503 |

DHILON INC
MONTHLY OPERATING REPORT
MONTH ENDING December 2011

**MOR 2**
Line 13 Detail

| Description | Amount |
|---|---:|
| Supplies | 9,746.33 |
| Payroll | 23,892.87 |
| Payroll Taxes | 1,778.41 |
| Adv-Promotions | 2,020.00 |
| Franchise Fees | 20,388.03 |
| Credit Card Merchant Fees | 5,511.73 |
| Travel Expense | 2,901.00 |
| Management Fee | 6,429.35 |
| Pest Control | 238.16 |
| Operating Services | 1,618.15 |
| Office Supplies | 451.30 |
| Bank Charges | 126.01 |
| Insurance | 2,509.86 |
| Repairs & Maintenance | 12,071.74 |
| Utilities | 7,454.30 |
| Property Tax | 5,000.00 |
| **Total** | **102,137.24** |

**MOR 2**
Line 25 Detail

| Description | Amount |
|---|---:|
| Protection Payment | 17,352.34 |

| | | Monthly Operating Report | | |
|---|---|---|---|---|
| CASE NAME: Dhilon Inc | | ACCRUAL BASIS-3 | | |
| CASE NUMBER: 11-43267 | | 02/13/95, RWD, 2/96 | | |

| CASH RECEIPTS AND DISBURSEMENTS | Nov-11 | Dec-11 | Jan-12 | QUARTER TOTAL |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $31,307 | $117,564 | | $148,871 |
| **RECEIPTS FROM OPERATIONS** | | | | |
| 2. CASH SALES | $161,146 | $171,065 | | $332,211 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | |
| 3. PREPETITION | | | | $0 |
| 4. POSTPETITION | | | | $0 |
| 5. TOTAL OPERATING RECEIPTS | $161,146 | $171,065 | $0 | $332,211 |
| **NON - OPERATING RECEIPTS** | | | | |
| 6. LOANS & ADVANCES (ATTACH LIST) | | $0 | $0 | $0 |
| 7. SALE OF ASSETS | | | | $0 |
| 8. OTHER (ATTACH LIST) | | | | $0 |
| 9. TOTAL NON-OPERATING RECEIPTS | $0 | $0 | $0 | $0 |
| 10. TOTAL RECEIPTS | $161,146 | $171,065 | $0 | $332,211 |
| 11. TOTAL CASH AVAILABLE | $192,453 | $288,629 | $0 | $481,082 |
| **OPERATING DISBURSEMENTS** | | | | |
| 12. NET PAYROLL | | | | $0 |
| 13. PAYROLL TAXES PAID | | | | $0 |
| 14. SALES, USE & OTHER TAXES PAID | | | | $0 |
| 15. SECURED / RENTAL / LEASES | | | | $0 |
| 16. UTILITIES | | | | $0 |
| 17. INSURANCE | | | | $0 |
| 18. INVENTORY PURCHASES | | | | $0 |
| 19. VEHICLE EXPENSES | | | | $0 |
| 20. TRAVEL | | | | $0 |
| 21. ENTERTAINMENT | | | | $0 |
| 22. REPAIRS & MAINTENANCE | | | | $0 |
| 23. SUPPLIES | | | | $0 |
| 24. ADVERTISING | | | | $0 |
| 25. OTHER (ATTACH LIST) | $74,890 | $151,635 | | $226,524 |
| 26. TOTAL OPERATING DISBURSEMENTS | $74,890 | $151,635 | $0 | $226,524 |
| **REORGANIZATION EXPENSES** | | | | |
| 27. PROFESSIONAL FEES | | | | $0 |
| 28. U.S. TRUSTEE FEES | | | | $0 |
| 29. OTHER (ATTACH LIST) | | | | $0 |
| 30. TOTAL REORGANIZATION EXPENSES | $0 | $0 | $0 | $0 |
| 31. TOTAL DISBURSEMENTS | $74,890 | $151,635 | $0 | $226,524 |
| 32. NET CASH FLOW | $86,257 | $19,430 | $0 | $105,687 |
| 33. CASH - END OF MONTH | $117,564 | $136,994 | $0 | $254,558 |

DHILON INC
MONTHLY OPERATING REPORT
MONTH ENDING December 2011

**MOR 3**
Line 25 Detail

| Description | Amount |
|---|---|
| Supplies | 9,746.33 |
| Payroll | 23,892.87 |
| Payroll Tax | 1,778.41 |
| Advertisement | 2,020.00 |
| Franchise Fees | 21,627.62 |
| Credit Card Merchant Fees | 5,511.73 |
| Travel Expense | 2,901.00 |
| Management Fee | 6,429.35 |
| Pest Control | 238.16 |
| Operating Services | 1,618.15 |
| Office Supplies | 451.30 |
| Bank Charges | 126.01 |
| Insurance | 2,509.86 |
| Equipmental Rental | 6,454.00 |
| Fixed Assets | 24,125.30 |
| Repairs & Maintenance | 12,958.18 |
| Utilities | 6,894.16 |
| Property Taxes | 5,000.00 |
| Mortgage Interest | 17,352.34 |
| **Total** | **151,634.77** |

**Monthly Operating Report**

CASE NAME: Dhilon Inc

CASE NUMBER: 11-43267

ACCRUAL BASIS-4

02/13/95, RWD, 2/96

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH Nov-11 | MONTH Dec-11 | MONTH Jan-12 |
|---|---|---|---|---|
| 1. 0-30 | | $65,000 | $43,723 | $0 |
| 2. 31-60 | | | | |
| 3. 61-90 | | | | |
| 4. 91+ | | | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | $0 | $65,000 | $43,723 | $0 |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $0 | $65,000 | $43,723 | $0 |

**AGING OF POSTPETITION TAXES AND PAYABLES**    MONTH: Dec-11

| TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
|---|---|---|---|---|---|
| 1. FEDERAL | | | | | $0 |
| 2. STATE | | | | | $0 |
| 3. LOCAL | | | | | $0 |
| 4. OTHER (ATTACH LIST) | | | | | |
| 5. TOTAL TAXES PAYABLE | $0 | $0 | $0 | $0 | $0 |
| 6. ACCOUNTS PAYABLE | $0 | | | | $0 |

**STATUS OF POSTPETITION TAXES**    MONTH: Dec-11

| FEDERAL | BEGINNING TAX LIABILITY* | AMOUNT WITHHELD AND/OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| 1. WITHHOLDING** | | | | $0 |
| 2. FICA-EMPLOYEE** | | $1,778 | $1,778 | $0 |
| 3. FICA-EMPLOYER** | | | | $0 |
| 4. UNEMPLOYMENT | | | | $0 |
| 5. INCOME | | | | |
| 6. OTHER (ATTACH LIST) | | | | |
| 7. TOTAL FEDERAL TAXES | $0 | $1,778 | $1,778 | $0 |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | | | | |
| 9. SALES | $17,111 | $16,512 | $17,111 | $16,512 |
| 10. EXCISE | | | | |
| 11. UNEMPLOYMENT | | | | |
| 12. REAL PROPERTY | | | $5,000 | $0 |
| 13. PERSONAL PROPERTY | | | | |
| 14. OTHER (ATTACH LIST) | | | | |
| 15. TOTAL STATE & LOCAL | $17,111 | $16,512 | $22,111 | $16,512 |
| 16. TOTAL TAXES | $17,111 | $18,290 | $23,889 | $16,512 |

\* The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, the amount should be zero.

\*\* Attach photocopies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit.

16511.59

**Monthly Operating Report**

CASE NAME: Dhilon Inc

ACCRUAL BASIS-5

CASE NUMBER: 11-43267

02/13/95, RWD, 2/96

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

MONTH: Dec-11

| BANK RECONCILIATIONS | Account #1 | Account #2 | Account #3 | TOTAL |
|---|---|---|---|---|
| A. BANK: | | | | |
| B. ACCOUNT NUMBER: | See list | | | |
| C. PURPOSE (TYPE): | | | | |
| 1. BALANCE PER BANK STATEMENT | | | | $135,855 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | | | | $0 |
| 3. SUBTRACT: OUTSTANDING CHECKS | | | | $0 |
| 4. OTHER RECONCILING ITEMS | | | | $0 |
| 5. MONTH END BALANCE PER BOOKS | $0 | $0 | $0 | $135,855 |
| 6. NUMBER OF LAST CHECK WRITTEN | | | | |

Attached is Other Bank Accounts and Banalces

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | $0 | $0 |

| CASH | |
|---|---|
| 12. CURRENCY ON HAND | $1,139 |
| 13. TOTAL CASH - END OF MONTH | $136,994 |

DHILON INC
MONTHLY OPERATING REPORT
MONTH ENDING December 2011

**MOR 5**

| Description | Acct No | Amount |
|---|---|---|
| Citi Bank Payroll | 4931 | 6,983.09 |
| Citi Bank DIP Taxes | 9995784966 | 470.47 |
| Citi Bank DIP Operating | 9995784915 | 41,715.66 |
| Citi Bank DIP Revenue | 9995784894 | 36,389.00 |
| Texas National | 0580082 | 50,296.71 |
| **Total** | | **135,854.93** |

Monthly Operating Report

| CASE NAME: Dhilon Inc | ACCRUAL BASIS-6 |
|---|---|
| CASE NUMBER: 11-43267 | 02/13/95, RWD, 2/96 |

MONTH: Dec-11

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE) AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL PAYMENTS TO INSIDERS | | $0 | $0 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZIN PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID * |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | $0 | $0 | $0 | $0 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $0 | $0 | $0 |

**Monthly Operating Report**

CASE NAME: Dhilon Inc

CASE NUMBER: 11-43267

ACCRUAL BASIS-7

02/13/95, RWD, 2/96

MONTH: Dec-11

### QUESTIONNAIRE

| # | Question | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | x |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | x |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | x |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | x |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | x |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | x |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | x |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | x |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | x |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | x |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | x |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | x |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSURANCE

| # | Question | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | | x |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | | x |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

General Liability and Other Necessary Insurance Coverages is in Effect. We do not have Workers Comp Insurance

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |